**STATE of Missouri, Respondent,**

v.

**Robert L. JACKSON, Appellant.**

**No. WD 35797.**

Missouri Court of Appeals,
Western District,
Division Eleven.

March 12, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
April 30, 1985.

Application to Transfer Denied
June 25, 1985.

James W. Fletcher, Public Defender, Laura F. Higgins, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., Presiding, and SHANGLER and MANFORD, JJ.

PER CURIAM:

### ORDER

This is a direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo 1978.

Judgment affirmed.  Rule 30.25(b).